**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**DEVELLE HENDERSON**                                                           **PLAINTIFF**

**v.**                                                                              **NO. 1:11CV141-A-S**

**SGT. CHAD GARNETT, ET AL.**                                          **DEFENDANTS**

**JUDGMENT**

Upon consideration of the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge dated March 1, 2012, and the March 6, 2012, objections to the Report and Recommendation, the court finds that the plaintiff's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore **ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated March 1, 2012, is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2. That the defendant Starkville Police Department is **DISMISSED** from this case.

3. That the plaintiff's claims against the remaining defendants for false arrest, false imprisonment, and malicious prosecution will **PROCEED**.

THIS, the 24th day of April, 2012.

                                                                         /s/ **Sharion Aycock**
                                                                         **U. S. DISTRICT JUDGE**